# JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Targus International LLC, | SACV 19-01044JVS(JPRx) |
| Plaintiff, | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | |
| Atlantia Holdings, Inc, et al, | |
| Defendant(s). | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 12/10/19

_____
James V. Selna
United States District Judge