# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TARGUS INTERNATIONAL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIA HOLDINGS, INC., a Canadian corporation, and DOES 1-10,<br><br>Defendants. | Case No. 8:19-cv-01044 JVS (JPRx)<br><br>**ORDER GRANTING DISMISSAL *WITH PREJUDICE* PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

-

Upon consideration of the parties' Stipulation for Dismissal *with Prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and finding good cause exists for granting the dismissal *with prejudice*, the Court hereby **GRANTS** the stipulation and **ORDERS** that the above-captioned matter is dismissed in its entirety *with prejudice*, with each side to bear its own fees and costs.

**SO ORDERED.**

Dated: December 17, 2019

James V. Selna
UNITED STATES DISTRICT JUDGE